UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-22147-GAYLES/TURNOFF

**ANDRES GOMEZ**,

      Plaintiff,

vs.

**VALENTINO U.S.A., INC.**,

      Defendant.

_____/

**ORDER DISMISSING CASE WITH PREJUDICE**

      **THIS CAUSE** comes before the Court upon the parties' Stipulation of Discontinuance with Prejudice [ECF No. 17]. Based thereon, it is

      **ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. It is further

      **ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED as moot**.

      **DONE AND ORDERED** in Chambers at Miami, Florida, this 29th day of August, 2016.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Turnoff
        All Counsel of Record